```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RICHARD POLHEMUS,

                 Plaintiff,

     - against -                03 Civ. 9516 (DAB)
                                            ORDER
LONG ISLAND RAILROAD COMPANY,

                 Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    The parties having notified the Court that they have reached a resolution of this action,

    IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, Plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected by Defendant, in which event the action will be restored.

    SO ORDERED.

Dated:    New York, New York
           April 17, 2009

                                            */s/ Deborah A. Batts*
                                            DEBORAH A. BATTS
                                    United States District Judge